UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MATTHEW HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PLEASANTON *et al.*,<br><br>    Defendants. | Case No.: 15-cv-2706-YGR<br><br>ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

On August 21, 2015, defendants filed a motion to dismiss. (Dkt. No. 16.) The hearing on the motion is currently set for September 29, 2015. Plaintiff's opposition was due on September 4, 2015. Civ. L.R. 7-3(a).

To date, plaintiff has failed to oppose the motion. <u>Plaintiff shall file an opposition to the motion to dismiss no later than September 15, 2015. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing on defendants' motion to dismiss is hereby **CONTINUED** from September 29, 2015 to **October 13, 2015 at 2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

    IT IS SO ORDERED.

Dated: September 10, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE