**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AARON MATTHEW HALL,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**CITY OF PLEASANTON** *et al.***,**<br><br>    **Defendants.** | Case No.: 15-cv-2706-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 16 |

On August 21, 2015, defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 16.)

On September 16, 2015, plaintiff filed an amended complaint. (Dkt. No. 23.) In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot. The hearing set for October 13, 2015, is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**