1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:    415.861.4416
   Facsimile:    415.431.4526
4  rlaw345@gmail.com

5  Counsel for Plaintiffs
   LESLIE ANNE HALL, et al.
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 LESLIE ANNE HALL, et al.,              ) Nos.   15-CV-1546-YGR
                                          )        15-CV-2706-YGR
          Plaintiffs,                     )
12                                        ) **NOTICE OF VOLUNTARY DISMISSAL OF**
   v.                                     ) **PLAINTIFF AARON MATTHEW HALL**
13                                        ) **WITHOUT PREJUDICE**
   CITY OF PLEASANTON, et al.,            ) [Fed. Rules of Civ. Proc., Rule 41(a)]
14                                        )
          Defendants.                     )
15 _____ ) Trial:       [Not yet set]
                                          )
16 AARON MATTHEW HALL,                    ) **[Jury Trial Demanded]**
                                          )
17        Plaintiff,                      )
                                          )
18 v.                                     )
                                          )
19 CHIEF OF POLICE DAVE SPILLER, et al.,  )
                                          )
20        Defendants.                     )
   _____ )
21

22        TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

23        PLEASE TAKE NOTICE that while he believed, and believes, that the action was filed

24 and maintained in good faith and with cause by Plaintiff AARON MATTHEW HALL, said

25 Plaintiff, AARON MATTHEW HALL, hereby voluntarily dismisses his claims in this action

26 without prejudice, and pursuant to Federal Rules of Civil Procedure (FRCP), Rule 41(a), and

27 hereby gives notice of voluntary dismissal of Plaintiff AARON MATTHEW HALL as follows:

28        Voluntary Dismissal.

1  (1)   By the Plaintiff.

2      (A)   Without a Court Order.  Subject to Rules 23(e), 23.1( c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

3          (I)   a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

4          (ii)  a stipulation of dismissal signed by all parties who have appeared.

5      (B)   Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal – or state – court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Date:  April 18, 2016

      Russell A. Robinson /s/
By:   Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiffs
**LESLIE ANNE HALL, et al.**
**AARON MATTHEW HALL**