*IT IS SO ORDERED*

Judge Yvonne Gonzalez Rogers

6/30/16

Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:   415.861.4416
Facsimile:    415.431.4526
rlaw345@gmail.com

Counsel for Plaintiffs
LESLIE ANNE HALL, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ANNE HALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PLEASANTON, et al., <br><br> Defendants. <br><br><br> AARON MATTHEW HALL, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF OF POLICE DAVE SPILLER, et al., <br><br> Defendants. | Nos.   15-CV-1546-YGR <br>          15-CV-2706-YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF AARON MATTHEW HALL WITHOUT PREJUDICE** <br> [Fed. Rules of Civ. Proc., Rule 41(a)] <br><br> Trial:   [Not yet set] <br><br> **[Jury Trial Demanded]** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that while he believed, and believes, that the action was filed and maintained in good faith and with cause by Plaintiff AARON MATTHEW HALL, said Plaintiff, AARON MATTHEW HALL, hereby voluntarily dismisses his claims in this action without prejudice, and pursuant to Federal Rules of Civil Procedure (FRCP), Rule 41(a), and hereby gives notice of voluntary dismissal of Plaintiff AARON MATTHEW HALL as follows:

Voluntary Dismissal.

*Hall, et al., v. Pleasanton, et al.; Related Case*
NOT. OF VOLUNTARY DISMISSAL OF PLAINTIFF
AARON MATTHEW HALL WITHOUT PREJUDICE

P022NODAMH

(1) By the Plaintiff.

    (A) Without a Court Order. Subject to Rules 23(e), 23.1( c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (I) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

        (ii) a stipulation of dismissal signed by all parties who have appeared.

    (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal – or state – court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Date: April 18, 2016

    Russell A. Robinson /s/
By: Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiffs
**LESLIE ANNE HALL, et al.**
**AARON MATTHEW HALL**